IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BRYAN GOYER,

    Petitioner,

  v.                                                         No. 1:15-cv-01185-JDB-egb

UNITED STATES OF AMERICA,

    Respondent.

---

ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME

---

Upon the May 21, 2018 motion of Petitioner, Bryan Goyer, for good cause shown, and there being no opposition by the Government, Petitioner is hereby GRANTED an extension of time in which to file a position regarding his entitlement to relief under *Johnson v. United States*, 135 S. Ct. 2551 (2015), in light of the memorandum by the U.S. Probation Office regarding his case. (Docket Entry ("D.E.") 13; *see* D.E. 11.) Petitioner shall have an additional thirty days to file such position. The position shall be filed no later than June 25, 2018.

If Petitioner's filing maintains that he is entitled to relief, Respondent, United States of America, shall respond within fifteen days of Petitioner's filing.

IT IS SO ORDERED this 24th day of May 2018.

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE